No. 409.   UNITED STATES GAUGE Co. *v.* PENN ELECTRIC SWITCH Co.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. James A. Hoffman* and *William A. Strauch* for petitioner.   *Messrs. W. P. Bair* and *Will Freeman* for respondent.

No. 410.   LYDIA E. PINKHAM MEDICINE Co. *v.* COMMISSIONER OF INTERNAL REVENUE.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Messrs. Joseph W. Worthen* and *Erland B. Cook* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 411.   MAY ET AL. *v.* JOHN M. PARKER Co., INC.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Messrs. J. L. Roberson* and *W. W. Venable* for petitioners.   *Mr. John D. Miller* for respondent.

No. 412.   HOWELL ET AL *v.* COUCH, DOING BUSINESS AS COUCH MANUFACTURING Co.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Francis G. Boswell* for petitioners.   *Mr. Charles R. Fenwick* for respondent.

No. 417.   BACHMANN *v.* NEW YORK CITY TUNNEL AUTHORITY.   October 26, 1942.   Petition for writ of certiorari to the Supreme Court of New York denied.   *Mr.*